IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action Number 94-cr-00009-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KELVIN MICHAEL BYRD,

        Defendant.
_____

ORDER FOR CLARIFICATION
_____

Upon review of the Clerk's file in this criminal proceeding, following the death of Judge Daniel B. Sparr, it appears that on September 27, 2005, Charles W. Elliott as counsel for defendant Kelvin Michael Byrd filed an "Unopposed Motion for Status Conference" asking that a status conference be convened to determine whether or not any relief is appropriate or justified.  There are no other pending motions in the proceeding and it is not clear as to what purpose would be served by granting the motion for status conference.  Accordingly, it is

ORDERED that counsel for the defendant shall on or before December 18, 2006, clarify the pending motion for status conference to indicate specifically what purpose would be served by such a conference.

DATED:   November 28th , 2006

                                    BY THE COURT:
                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge