IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Case No. 94-cr-00009-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELVIN MICHAEL BYRD,

    Defendant.

---

## ORDER

Kane, J.

On January 9, 2009, Defendant Kelvin Michael Byrd filed a *pro se* Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) and 18 U.S.C. § 3553(a) (Doc. 82). Upon consideration of Defendant's Motion, and upon finding that he was represented in this matter by Charles W. Elliott, counsel appointed under the Criminal Justice Act, it is ORDERED as follows:

    1.    Charles W. Elliott is hereby appointed to represent Defendant under the provisions of the Criminal Justice Act. Mr. Elliott and the clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointed counsel, he shall notify the court in writing within ten days. Similarly, if Mr. Elliott cannot accept this appointment, he shall notify the court in writing within ten days.

2. Counsel shall review Defendant's filing and may supplement that filing on or before February 20, 2009. The Government shall respond to any filing, as supplemented, no later than March 6, 2009.

Dated this 16th day of January, 2009.

                                            **_s/ John L. Kane_**
                                            John L. Kane, Senior District Judge
                                            United States District Court