## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  April 30, 2009

Deputy Clerk: Bernique Abiakam
Court Reporter: Kara Spitler
Probation Officer: Laura Ansart

---

Criminal Action No.: 94-cr-00009-JLK

UNITED STATES OF AMERICA,                         Jaime A. Pena

    Plaintiff,

v.

KELVIN MICHAEL BYRD,                              Charles W. Elliott

    Defendant.

---

## COURTROOM MINUTES

**Motions Hearing on Sentence Reduction**

**10:25 a.m.    Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.

Preliminary remarks by the Court.

Discussion regarding Sentence reduction.

10:27 a.m.    Argument by Mr. Pena.

Comments and rulings by the Court.

**ORDERED:    Motion To Modify Term of Imprisonment Pursuant To 18 U.S.C. § 3582(c)(2) And 18 U.S.C. §3553(a) [Filed 1/9/09; Doc. No. 82] GRANTED.**

**IMPRISONMENT:**

Defendant is re-sentenced to a term of imprisonment of **138 months**.

Supervised release and all conditions of supervised release will remain the same as previously ordered.

**ORDERED:    Defendant is Remanded to the custody of the U.S. Marshal.**

**10:32 a.m.    Court in recess.**
Hearing concluded.
Time in court - 00:07