≈AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEVIN MICHAEL BYRD ) | Case No:  94-cr-00009-JLK-01 |
| ) | USM No:  25240-013 |
| Date of Previous Judgment:  May 17, 1996   ) | Charles W. Elliott, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 210 months is reduced to 168 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range:  210 to 262 months | | Amended Guideline Range:  168 to 210 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❒ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   The Court further reduced the sentence to 138 months pursuant to Fed.R.Crim.P. 35(b).

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  May 17, 1996, shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 30, 2009                           *s/John L. Kane*
                                                                       Judge's signature

Effective Date: _____                  John L. Kane, Senior U.S. District Court Judge
        (if different from order date)                             Printed name and title